IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDI L. EDWARDS,
    Plaintiff,

vs.                                    Case No. 3:07cv543/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 29, 2009 (Doc. 16). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed, if any.

       Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

       **DONE AND ORDERED** this 3rd day of March, 2009.


                                                    s/*L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**